UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv174

| | |
|---|---|
| HEATHER ZAMPOGNA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GASTON COUNTY SCHOOLS )<br>BOARD OF EDUCATION, )<br>)<br>Defendant. )<br>) | **ORDER** |

It is hereby ordered that the Pretrial Order and Case Management Plan (Doc. No. 20) is amended as follows: (1) discovery shall be completed on or before June 26, 2008; (2) Mediation shall take place no later than June 26, 2008; (3) the deadline for all motions (except motions *in limine* and motions to continue) shall be July 26, 2008; and (4) trial will be set for November 10, 2008.

It is **SO ORDERED**.

Signed: May 16, 2008

Robert J. Conrad, Jr.
Chief United States District Judge